# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: CRAWFORD, JAN L.                    §   Case No. 14-82378
                                           §
                                           §
Debtor(s)                                  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/11/2015 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  02/16/2015            By:  /s/JOSEPH D. OLSEN

                                                                                     Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: CRAWFORD, JAN L. § | Case No. 14-82378 |
| § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 8,301.00 |
| *and approved disbursements of* | $ 34.22 |
| *leaving a balance on hand of* [1] | $ 8,266.78 |
| **Balance on hand:** | $ 8,266.78 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | American Honda Finance Corporation | 11,377.22 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,266.78 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,580.10 | 0.00 | 1,580.10 |
| Trustee, Expenses - JOSEPH D. OLSEN | 42.00 | 0.00 | 42.00 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 931.50 | 0.00 | 931.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,553.60 |
| Remaining balance: | $ 5,713.18 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,713.18

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,713.18

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,288.68 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 35.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | CSC/BMO Harris Bank | 441.64 | 0.00 | 154.91 |
| 3 | American Express Bank, FSB | 4,310.57 | 0.00 | 1,511.91 |
| 4 | American Express Centurion Bank | 571.30 | 0.00 | 200.38 |
| 5 | PYOD, LLC its successors and assigns as assignee | 214.02 | 0.00 | 75.07 |
| 6 | Capital Recovery V, LLC | 10,491.38 | 0.00 | 3,679.80 |
| 7 | Cavalry Spv I, LLC | 259.77 | 0.00 | 91.11 |

Total to be paid for timely general unsecured claims: $ 5,713.18
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By:  /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                           Case No. 14-82378-TML
Jan L. Crawford                                                  Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: vgossett             Page 1 of 1                  Date Rcvd: Feb 17, 2015
                              Form ID: pdf006            Total Noticed: 17
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2015.
db           +Jan L. Crawford,    9853 N. Alpine Road,    Unit 243,    Machesney Park, IL 61115-1681
22228697      American Express,    P.O. Box 7871,    Fort Lauderdale, FL 33329
22605891      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22651674      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22228698     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:   Bank of America,    P.O. Box 982238,    El Paso, TX 79998)
22228702     +CSC/BMO Harris Bank,    P.O. Box 1577,    Coppell, TX 75019-1577
22228699      Capital One Retail Services,    P.O. Box 5893,    Carol Stream, IL 60197-5893
22774137     +Cavalry Spv I, LLC,    Bass & Associates, P.C.,    3936 E. Fort Lowell Road, Suite #200,
               Tucson, AZ 85712-1083
22228700      Chase,   PO Box 15298,    Wilmington, DE 19850-5298
22228701      Comenity Bank,    Bankruptcy Dept,    P.O. Box 182125,    Columbus, OH 43218-2125
22228703     +GE Capital Retail Bank,    Attn: Bankruptcy Dept,    PO Box 103104,    Roswell, GA 30076-9104
22228704     +Home Depot Credit Services,    P.O. Box 790328,    Saint Louis, MO 63179-0328
22228706     +Professional Financial Solutions,    14001 University Avenue,    Clive, IA 50325-8258

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22228705      E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 18 2015 03:07:09      Honda Financial,
               P.O. Box 1844,    Alpharetta, GA 30023-1844
22492946      E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 18 2015 03:07:09
               American Honda Finance Corporation,    P.O. Box 168088,    Irving, TX 75016-8088
22766203      E-mail/PDF: rmscedi@recoverycorp.com Feb 18 2015 03:02:45      Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
22757505     +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 18 2015 03:03:01
               PYOD, LLC its successors and assigns as assignee,     of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22228707       Unrelated Third Party
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2015                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2015 at the address(es) listed below:
         Brian A Hart    on behalf of Debtor Jan L. Crawford brian@rockfordbankruptcy.com,
          vanessa@rockfordbankruptcy.com;amy@rockfordbankruptcy.com
         Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
         Joseph D Olsen    Jolsenlaw@comcast.net, IL46@ECFCBIS.com
         Joseph D Olsen    on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com
         Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                              TOTAL: 5
```