**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: CRAWFORD, JAN L. § Case No. 14-82378
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $30,898.00                                    Assets Exempt: $33,103.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,713.18             Claims Discharged
                                                                        Without Payment: $32,062.47

Total Expenses of Administration: $2,587.82

---

    3) Total gross receipts of $   8,301.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $8,301.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $11,800.00 | $11,377.22 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,587.82 | 2,587.82 | 2,587.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 37,306.28 | 16,288.68 | 16,288.68 | 5,713.18 |
| **TOTAL DISBURSEMENTS** | $49,106.28 | $30,253.72 | $18,876.50 | $8,301.00 |

4) This case was originally filed under Chapter 7 on July 31, 2014. The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/10/2015          By: /s/JOSEPH D. OLSEN
                                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking account with Associated Bank | 1129-000 | 5,801.00 |
| Avoidable Transfer | 1229-000 | 2,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,301.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Honda Finance Corporation | 4110-000 | 11,800.00 | 11,377.22 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$11,800.00** | **$11,377.22** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,580.10 | 1,580.10 | 1,580.10 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 42.00 | 42.00 | 42.00 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 931.50 | 931.50 | 931.50 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.73 | 10.73 | 10.73 |
| Rabobank, N.A. | 2600-000 | N/A | 13.49 | 13.49 | 13.49 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,587.82** | **$2,587.82** | **$2,587.82** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | CSC/BMO Harris Bank | 7100-000 | 407.50 | 441.64 | 441.64 | 154.91 |
| 3 | American Express Bank, FSB | 7100-000 | 4,678.25 | 4,310.57 | 4,310.57 | 1,511.91 |
| 4 | American Express Centurion Bank | 7100-000 | N/A | 571.30 | 571.30 | 200.38 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 214.00 | 214.02 | 214.02 | 75.07 |
| 6 | Capital Recovery V, LLC | 7100-000 | 10,260.56 | 10,491.38 | 10,491.38 | 3,679.80 |
| 7 | Cavalry Spv I, LLC | 7100-000 | 259.00 | 259.77 | 259.77 | 91.11 |
| NOTFILED | Bank of America | 7100-000 | 9,488.97 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 11,997.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank *** Bankruptcy Dept | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$37,306.28** | **$16,288.68** | **$16,288.68** | **$5,713.18** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-82378  
**Case Name:** CRAWFORD, JAN L.

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 07/31/14 (f)  
**§341(a) Meeting Date:** 09/04/14  

**Period Ending:** 04/10/15  
**Claims Bar Date:** 12/31/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 210.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account with Associated Bank | 20,801.00 | 0.00 | | 5,801.00 | FA |
| 3 | Checking account with BMO Harris Bank Joint with | 1,540.00 | 0.00 | | 0.00 | FA |
| 4 | Business checking account with BMO Harris Bank J | 445.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 450.00 | 0.00 | | 0.00 | FA |
| 7 | Term policy from NSO | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Term Life Insurance through Genworth Life | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Retirement Account with Lincoln Financial Group | 9,753.00 | 0.00 | | 0.00 | FA |
| 10 | Sole proprietor Medical scanning No a/r , no inv | 1,500.00 | 0.00 | | 0.00 | FA |
| 11 | 2013 Honda Fit | 12,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2006 Honda Element Joint with parnter who claims | 3,000.00 | 0.00 | | 0.00 | FA |
| 13 | Avoidable Transfer  (u) | 0.00 | 5,000.00 | | 2,500.00 | FA |
| 13 | **Assets  Totals** (Excluding unknown values) | **$51,699.00** | **$5,000.00** | | **$8,301.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee is done liquidating whatever he is going to administer.  Case involved a pre-petition closing with some issues involving claim to homestead exemptions in the closing proceeds and an avoidable transfer regarding same and the turnover of the non-exempt portion of the proceeds of sale.  Final report should be on file prior to 1/31/15.

**Initial Projected Date Of Final Report (TFR):**   December 30, 2015    **Current Projected Date Of Final Report (TFR):**    January 30, 2015

Printed: 04/10/2015 01:05 PM    V.13.21

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-82378  
**Case Name:** CRAWFORD, JAN L.  

**Taxpayer ID #:** **-***0879  
**Period Ending:** 04/10/15  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0966 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/21/14 | | Jan L. Crawford-Massey | Ckg acct balance & avoidable transfer | | 8,301.00 | | 8,301.00 |
| | {2} | | | 5,801.00 | 1129-000 | | 8,301.00 |
| | {13} | | | 2,500.00 | 1229-000 | | 8,301.00 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,291.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.73 | 8,280.27 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.49 | 8,266.78 |
| 03/12/15 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $931.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 931.50 | 7,335.28 |
| 03/12/15 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,580.10, Trustee Compensation; Reference: | 2100-000 | | 1,580.10 | 5,755.18 |
| 03/12/15 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $42.00, Trustee Expenses; Reference: | 2200-000 | | 42.00 | 5,713.18 |
| 03/12/15 | 104 | CSC/BMO Harris Bank | Dividend paid 35.07% on $441.64; Claim# 2; Filed: $441.64; Reference: | 7100-000 | | 154.91 | 5,558.27 |
| 03/12/15 | 105 | American Express Bank, FSB | Dividend paid 35.07% on $4,310.57; Claim# 3; Filed: $4,310.57; Reference: | 7100-000 | | 1,511.91 | 4,046.36 |
| 03/12/15 | 106 | American Express Centurion Bank | Dividend paid 35.07% on $571.30; Claim# 4; Filed: $571.30; Reference: | 7100-000 | | 200.38 | 3,845.98 |
| 03/12/15 | 107 | PYOD, LLC its successors and assigns as assignee | Dividend paid 35.07% on $214.02; Claim# 5; Filed: $214.02; Reference: | 7100-000 | | 75.07 | 3,770.91 |
| 03/12/15 | 108 | Capital Recovery V, LLC | Dividend paid 35.07% on $10,491.38; Claim# 6; Filed: $10,491.38; Reference: | 7100-000 | | 3,679.80 | 91.11 |
| 03/12/15 | 109 | Cavalry Spv I, LLC | Dividend paid 35.07% on $259.77; Claim# 7; Filed: $259.77; Reference: | 7100-000 | | 91.11 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,301.00 | 8,301.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 8,301.00 | 8,301.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,301.00** | **$8,301.00** | |

{} Asset reference(s)

Printed: 04/10/2015 01:05 PM    V.13.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-82378  
**Case Name:** CRAWFORD, JAN L.  
**Taxpayer ID #:** **-***0879  
**Period Ending:** 04/10/15

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0966 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 8,301.00 | | | | |
| | | Net Estate : | $8,301.00 | | | | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******0966** | 8,301.00 | 8,301.00 | 0.00 |
| | $8,301.00 | $8,301.00 | $0.00 |

{} Asset reference(s)

Printed: 04/10/2015 01:05 PM    V.13.21